**Order entered June 7, 2013**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-01450-CV

### RES-TX BOULEVARD, L.L.C., Appellant

### V.

### BOULEVARD BUILDERS/CITTA TOWNHOMES, LP ET AL., Appellees

**On Appeal from the 68th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-11-02921**

## ORDER

We **GRANT** appellant's June 5, 2013 unopposed motion for an extension of time to file a

reply brief. Appellant shall file its reply brief on or before June 24, 2013.


/s/     CAROLYN WRIGHT
CHIEF JUSTICE